CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
JOHN L. WOLLMAN (CABN 197362)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone:  (415) 436-7031
Facsimile:  (415) 436-6748
john.wollman@usdoj.gov

Attorneys for Defendant Central Intelligence Agency

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| US RIGHT TO KNOW, a California Non-Profit Corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>CENTRAL INTELLIGENCE AGENCY,<br><br>        Defendant. | Case No. 3:26-cv-02704-AGT<br><br>**STIPULATION EXTENDING DEADLINE TO SUBMIT JOINT CASE MANAGEMENT STATEMENT AND CONTINUING CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |

Plaintiff US RIGHT TO KNOW ("Plaintiff" or "USRTK") and Defendant Central Intelligence Agency ("Defendant"), by and through their counsel, hereby stipulate as follows:

WHEREAS, on March 27, 2026, Plaintiff filed its complaint in this action. ECF No. 1; and

WHEREAS, Defendant filed its Answer to the Complaint on May 13, 2026. ECF No. 13; and

WHEREAS, the current deadline for the parties to file their Joint Case Management Statement ("Joint CMS") is June 19, 2026; and

WHEREAS, the Case Management Conference ("CMC") is currently set for June 26, 2026, at 2 p.m.; and

WHEREAS Defendant is actively working on USRTK's FOIA Requests and will have more substantive information concerning the Requests on or around June 26, 2026. The parties' counsel have

STIPULATION EXTENDING JOINT CMS DEADLINE AND CONTINUING CMC; [PROPOSED] ORDER
No. 3:26-cv-02704-AGT                                    1

met and conferred and determined they will need additional time to submit their Joint CMS following the agency's update(s) on the Requests. Additionally, the parties will also need to continue the CMC so that the CMC can be more meaningful; and

NOW THEREFORE, Plaintiff and Defendant hereby STIPULATE and respectfully request that the Court extend the deadline for the parties to file their Joint CMC to June 30, 2026, and continue the CMC until July 10, 2026, at 2 p.m.

IT IS SO STIPULATED.

DATED:  June 18, 2026                    Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ John L. Wollman*
JOHN L. WOLLMAN
Assistant United States Attorney

Attorneys for Defendant Central
Intelligence Agency

DATED:  June 18, 2026                    */s/ Lily A. Rivo*
LILY A. RIVO
Greenfire Law, PC

Attorneys for Plaintiff
US RIGHT TO KNOW

**[PROPOSED] ORDER**

Pursuant to stipulation and good cause appearing, IT IS SO ORDERED.

Date:

_____
ALEX G. TSE
United States Magistrate Judge

**ECF ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(1), I, John L. Wollman, attest that I have obtained concurrence in the filing of this document from all other signatories listed here.

*/s/ John L. Wollman*
JOHN L. WOLLMAN