Jessica L. Blome (Cal. Bar No. 314898)
Lily A. Rivo (Cal. Bar No. 242688)
Richard A. Brody (Cal. Bar No. 100379)
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
Ph/Fax: (510) 900-9502
jblome@greenfirelaw.com
lrivo@greenfirelaw.com
rbrody@greenfirelaw.com

*Attorneys for Plaintiff*

CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
JOHN L. WOLLMAN (CABN 197362)
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7031
Facsimile: (415) 436-6748
john.wollman@usdoj.gov

*Attorneys for Defendant Central Intelligence Agency*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| U.S. RIGHT TO KNOW, a California Non-Profit Corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>CENTRAL INTELLIGENCE AGENCY,<br><br>    Defendant. | CASE NO. 3:26-cv-02704-AGT<br><br>**STIPULATION EXTENDING DEADLINE TO SUBMIT JOINT CASE MANAGEMENT STATEMENT AND CONTINUING INITIAL CASE MANAGEMENT CONFERENCE; ~~[PROPOSED]~~ ORDER**<br><br>CMC Date:   August 7, 2026<br>Time:        2:00 PM<br>Location:   Zoom |

Plaintiff US RIGHT TO KNOW ("Plaintiff" or "USRTK") and Defendant Central Intelligence Agency ("Defendant"), by and through their counsel, hereby stipulate as follows:

WHEREAS, on March 27, 2026, Plaintiff filed its complaint in this action. ECF No. 1;

WHEREAS, Defendant filed its Answer to the Complaint on May 13, 2026. ECF No. 13;

WHEREAS, the Initial Case Management Conference was first set for June 26, 2026, but was continued by court order approving stipulation of the parties to July 10, 2026. ECF No. 17;

WHEREAS, on June 26, 2026, Plaintiff received Defendant's full *Glomar* response to each of

Plaintiff's FOIA Requests;

WHEREAS, the parties filed a Joint Case Management Statement on June 30, 2026, ECF No. 18;

WHEREAS, the parties stipulated, per Plaintiff's request, in light of Defendant's recent *Glomar* responses, to continue the Initial Case Management Conference to August 7, 2026, at 2 p.m., ECF No. 19;

WHEREAS, the parties' counsel have met and conferred and Plaintiff needs additional time to determine its reply to Defendant's *Glomar* responses; and

WHEREAS, the parties believe it is in the interests of justice and judicial efficiency to further continue the current Case Management Conference so that it can be more meaningful and productive;

NOW THEREFORE, Plaintiff and Defendant hereby STIPULATE and respectfully request that the Court extend the deadline for the parties to file their updated Joint Case Management Statement from July 31, 2026, to September 4, 2026, and continue the Initial Case Management Conference from its current date of August 7, 2026, to September 11, 2026, at 2:00 p.m.

IT IS SO STIPULATED.

DATED:  July 31, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ John L. Wollman*
JOHN L. WOLLMAN
Assistant United States Attorney
Attorneys for Defendant Central
Intelligence Agency

DATED:  July 31, 2026

*/s/ Lily A. Rivo*
LILY A. RIVO
Greenfire Law, PC
Attorneys for Plaintiff
US RIGHT TO KNOW

### ECF ATTESTATION

In accordance with Civil Local Rule 5-1(i)(1), I, Lily Rivo, attest that I have obtained concurrence in the filing of this document from all other signatories listed here.

*/s/ Lily A. Rivo*
LILY A. RIVO

[PROPOSED] **ORDER**

Pursuant to stipulation and good cause appearing, IT IS HEREBY ORDERED THAT:

The Case Management Conference is hereby continued from its current date of August 7, 2026, to September 11, 2026, at 2:00 p.m., and the parties updated Joint Case Management Statement shall be filed by September 4, 2026.

IT IS SO ORDERED.

Date: August 6, 2026

ALEX G. TSE
United States Magistrate Judge