Jessica L. Blome (Cal. Bar No. 314898)
Lily A. Rivo (Cal. Bar No. 242688)
Richard A. Brody (Cal. Bar No. 100379)
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
Ph/Fax: (510) 900-9502
jblome@greenfirelaw.com
lrivo@greenfirelaw.com
rbrody@greenfirelaw.com

*Attorneys for Plaintiff*

CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
JOHN L. WOLLMAN (CABN 197362)
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7031
Facsimile: (415) 436-6748
john.wollman@usdoj.gov

*Attorneys for Defendant Central Intelligence Agency*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

U.S. RIGHT TO KNOW, a California Non-Profit Corporation,

Plaintiff,

v.

CENTRAL INTELLIGENCE AGENCY,

Defendant.

CASE NO. 3:26-cv-02704-AGT

**STIPULATION EXTENDING DEADLINE TO SUBMIT JOINT CASE MANAGEMENT STATEMENT AND CONTINUING INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**

CMC Date: September 11, 2026
Time: 2:00 PM
Location: Zoom

Plaintiff US RIGHT TO KNOW ("Plaintiff" or "USRTK") and Defendant Central Intelligence Agency ("Defendant"), by and through their counsel, hereby stipulate as follows:

WHEREAS, on March 27, 2026, Plaintiff filed its complaint in this action. ECF No. 1;

WHEREAS, Defendant filed its Answer to the Complaint on May 13, 2026. ECF No. 13;

WHEREAS, the Initial Case Management Conference was first set for June 26, 2026, but was continued by court order approving stipulation of the parties to July 10, 2026. ECF No. 17;

WHEREAS, on June 26, 2026, Plaintiff received Defendant's full *Glomar* response to each of Plaintiff's FOIA Requests;

WHEREAS, the parties filed a Joint Case Management Statement on June 30, 2026, ECF No. 18;

WHEREAS, the parties stipulated, per Plaintiff's request, in light of Defendant's recent *Glomar* responses, to continue the Initial Case Management Conference to August 7, 2026, at 2 p.m., ECF No. 19;

WHEREAS, on July 31, 2026, the parties stipulated and requested extension of the Initial Case Management Conference from August 7, 2026, to September 11, 2026, at 2:00 p.m, ECF No. 21;

WHEREAS, the court approved the stipulation of the parties to continue the Initial Case Management Conference to September 11, 2026, ECF No. 22;

WHEREAS, the parties' counsel met and conferred by phone on September 3, 2026. Due to recent developments and updated information concerning the requested FOIA documents and agency communications, Plaintiff requests additional time to assess next steps and determine its response to Defendant's full *Glomar* responses to both FOIA requests. Plaintiff requests a short additional extension of time to finalize its position before filing a statement regarding the scope of next steps in this litigation. Both parties are amenable to moving the Initial Case Management Conference from September 11, 2026, at 2:00 p.m. to October 16, 2026, at 2:00 p.m.

WHEREAS, the parties believe it is in the interests of justice and judicial efficiency to further continue the current Case Management Conference so that it can be more meaningful and productive. The parties do not anticipate that this request will affect any other currently scheduled dates in this action;

NOW THEREFORE, Plaintiff and Defendant hereby STIPULATE and respectfully request that the Court extend the deadline for the parties to file their updated Joint Case Management Statement from September 4, 2026, to October 9, 2026, and continue the Initial Case Management Conference from its

current date of September 11, 2026, to October 16, 2026, at 2:00 p.m.

IT IS SO STIPULATED.

DATED: September 3, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ John L. Wollman*
JOHN L. WOLLMAN
Assistant United States Attorney
Attorneys for Defendant Central Intelligence Agency

DATED: September 3, 2026

*/s/ Lily A. Rivo*
LILY A. RIVO
Greenfire Law, PC
Attorneys for Plaintiff
US RIGHT TO KNOW

**ECF ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(1), I, Lily Rivo, attest that I have obtained concurrence in the filing of this document from all other signatories listed here.

*/s/ Lily A. Rivo*
LILY A. RIVO

**[PROPOSED] ORDER**

Pursuant to stipulation and good cause appearing, IT IS HEREBY ORDERED THAT:

The Case Management Conference is hereby continued from its current date of September 11, 2026, to October 16, 2026, at 2:00 p.m., and the parties' updated Joint Case Management Statement shall be filed by October 9, 2026.

IT IS SO ORDERED.

Date:

______________________________
ALEX G. TSE
United States Magistrate Judge