Jessica L. Blome (Cal. Bar No. 314898)
Lily A. Rivo (Cal. Bar No. 242688)
Richard A. Brody (Cal. Bar No. 100379)
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
Ph/Fax: (510) 900-9502
jblome@greenfirelaw.com
lrivo@greenfirelaw.com
rbrody@greenfirelaw.com

*Attorneys for Plaintiff*

CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
KENNETH BRAKEBILL (CABN 196696)
Chief, Civil Division
JOHN L. WOLLMAN (CABN 197362)
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7031
Facsimile: (415) 436-6748
john.wollman@usdoj.gov

*Attorneys for Defendant Central Intelligence Agency*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

U.S. RIGHT TO KNOW, a California Non-Profit Corporation,

Plaintiff,

v.

CENTRAL INTELLIGENCE AGENCY,

Defendant.

CASE NO. 3:26-cv-02704-AGT

**STIPULATION SETTING FORTH BRIEFING SCHEDULE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT AND REQUEST TO TAKE CASE MANAGEMENT CONFERENCE OFF CALENDAR; ~~[PROPOSED]~~ ORDER**

CMC Date: October 16, 2026
Time: 2:00 PM
Location: Zoom

Plaintiff US RIGHT TO KNOW ("Plaintiff" or "USRTK") and Defendant Central Intelligence Agency ("Defendant"), by and through their counsel, hereby stipulate as follows:

WHEREAS, on March 27, 2026, Plaintiff filed its complaint in this action. ECF No. 1;

WHEREAS, Defendant filed its Answer to the Complaint on May 13, 2026. ECF No. 13;

WHEREAS, the Initial Case Management Conference was first set for June 26, 2026, but was continued by court order approving stipulation of the parties to July 10, 2026. ECF No. 17;

WHEREAS, on June 26, 2026, Plaintiff received Defendant's full *Glomar* response to each of Plaintiff's FOIA Requests;

WHEREAS, the parties filed a Joint Case Management Statement on June 30, 2026, ECF No. 18;

WHEREAS, the parties stipulated, per Plaintiff's request, in light of Defendant's recent *Glomar* responses, to continue the Initial Case Management Conference to August 7, 2026, at 2 p.m., ECF No. 19;

WHEREAS, on July 31, 2026, the parties stipulated and requested extension of the Initial Case Management Conference from August 7, 2026, to September 11, 2026, at 2:00 p.m, ECF No. 21, and the court approved the stipulation ECF No. 22;

WHEREAS, on September 3, 2026, the parties stipulated and requested an extension of the Initial Case Management Conference from September 11, 2026, at 2:00 p.m, to October 16, 2026, at 2:00 p.m, ECF No. 23, and the court approved the stipulation ECF No.24;

WHEREAS, on October 7, 2026, counsel met and conferred by phone. The parties discussed their respective positions and agreed to a summary judgment briefing schedule as outlined below. Based on the anticipated cross-motions for summary judgment, the parties agreed to the following deadlines:

1. February 26, 2027 – Defendant shall file its Motion for Summary Judgment.
2. March 26, 2027 – Plaintiff shall file its Opposition to Defendant's Motion for Summary Judgment and Cross-Motion for Summary Judgment.
3. April 9, 2027 – Defendant shall file its Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment.
4. April 16, 2027 – Plaintiff shall file its Reply to Defendant's Opposition to Plaintiff's Motion for Summary Judgment.

5. April 30, 2027 – Hearing on Motion and Cross-Motion for Summary Judgment.

NOW THEREFORE, Plaintiff and Defendant hereby STIPULATE to the above deadlines and respectfully request that the Court take off calendar the Initial Case Management Conference that is scheduled for October 16, 2026, at 2:00 p.m.

IT IS SO STIPULATED.

DATED: October 9, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ John L. Wollman*
JOHN L. WOLLMAN
Assistant United States Attorney
Attorneys for Defendant Central Intelligence Agency

DATED: October 9, 2026

*/s/ Lily A. Rivo*
LILY A. RIVO
Greenfire Law, PC
Attorneys for Plaintiff
US RIGHT TO KNOW

**ECF ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(1), I, Lily Rivo, attest that I have obtained concurrence in the filing of this document from all other signatories listed here.

*/s/ Lily A. Rivo*
LILY A. RIVO

**~~[PROPOSED]~~ ORDER**

Pursuant to stipulation and good cause appearing, IT IS HEREBY ORDERED THAT:

The Case Management Conference currently scheduled for October 16, 2026, at 2:00 p.m. is hereby taken off calendar and the following briefing schedule is adopted:

1. February 26, 2027 – Defendant shall file its Motion for Summary Judgment.
2. March 26, 2027 – Plaintiff shall file its Opposition to Defendant's Motion for Summary Judgment and Cross-Motion for Summary Judgment.
3. April 9, 2027 – Defendant shall file its Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment and Oppositon to Plaintiff's Motion for Summary Judgment.
4. April 16, 2027 – Plaintiff's Reply to Defendant's Opposition to Plaintiff's Motion for Summary Judgment.
5. April 30, 2027 – Hearing on Motion and Cross-Motion for Summary Judgment.

IT IS SO ORDERED.

Date: October 9, 2026

ALEX G. TSE
United States Magistrate Judge